UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CESAR BOTA,<br><br>                                    Plaintiff,<br><br>            -against-<br><br>HUNTER COLLEGE CITY UNIVERSITY OF NEW YORK; JASON WIRTZ; JENNIFER J. RAAB; COLLEN BARRY,<br><br>                                    Defendants. | 21-CV-8977 (LLS)<br><br>CIVIL JUDGMENT |

By order issued January 19, 2022, the Court dismissed this action but granted Plaintiff thirty days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint. Pursuant to the order issued January 19, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 28, 2022
         New York, New York

                                                          *Louis L. Stanton*
                                                        _____
                                                            Louis L. Stanton
                                                               U.S.D.J.